William E Markov (026884)
**Hartley Markov Law**
11225 N. 28th Drive, Ste B-103
Phoenix, AZ 85029
Tel (602) 296-7900
bill@hartleymarkov.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**MARCUS JOHN LEWIS**<br>XXX-XX-1827,<br><br>Debtor. | In Proceedings under Chapter 13<br><br>Case No. 2:25-bk-01302-BKM<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST REMOVAL FROM MASTER MAILING AND ECF LIST** |

William E Markov and the law firm of Hartley Markov Law, pursuant to Local Bankruptcy Rule 9010-1 for the District of Arizona, hereby moves to withdraw as counsel of record for the Debtor in this matter.

As grounds for this request, counsel states as follows:

1. Counsel undersigned has advised Debtor to fully cooperate and participate with the bankruptcy, but the client has failed to do so, therefore making undersigned counsels' continued representation impossible.

2. The client is aware of the withdrawal however the law firm is unaware of whether he consents.

3. The court may request an explanation for the withdrawal. The lawyer's statement that professional considerations are implicated and require them to terminate the representation ordinarily should be accepted as sufficient. It is counsels' opinion that ending their representation of the Debtors is compelled by Ethical Rule 1.16.

1

4. For the reasons set forth above and in accordance with Local Rule 9010-1, undersigned counsel respectfully requests leave to withdraw as counsel of record for said Debtors, and to be removed from the master mailing list and ECF list in this matter.

5. Debtor's last known name, phone number and address are:

MARCUS JOHN LEWIS
5306 N 17TH AVE
Phoenix, AZ 85015
carver_ranch@yahoo.com
602-369-3497

HARTLEY MARKOV LAW

/s/ William E Markov
William E Markov, 026884, Esq.

**CERTIFICATE OF ATTORNEY**

I hereby certify that the debtor has been notified in writing of the status of the case, including the dates and time of any court hearings or trial settings and the need to comply with any existing court orders, discovery requests and the possibility of sanctions for the failure to comply.

/s/ William E. Markov
William E. Markov, 026884, Esq.

Copies of the foregoing mailed this 13th day of March, 2025.

**U.S. TRUSTEE:**
**OFFICE OF THE US TRUSTEE**
230 N 1ST AVE STE 204
PHOENIX, AZ 85003

**CHAPTER 13 TRUSTEE:**
RUSSELL BROWN
3838 N. CENTRAL AVE., STE 800
PHOENIX, AZ 85012

**DEBTOR:**
MARCUS JOHN LEWIS
5306 N 17TH AVE
Phoenix, AZ 85015

**AND ALL CREDITORS ON THE MAILING MATRIX ATTACHED

*By*: /s/Nicole Meyer
Nicole Meyer

Label Matrix for local noticing
0970-2
Case 2:25-bk-01302-BKM
District of Arizona
Phoenix
Thu Mar 13 10:54:52 MST 2025

BMO Bank N.A.
C/O TIFFANY & BOSCO PA
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, AZ 85016

Towd Point Mortgage Trust 2022-4
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE STREET
Phoenix AZ 85007-2650

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington IL 55438-0901

Ally Financial, Inc
P.o. Box 380901
Bloomington MN 55438-0901

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998-1535

Amex
P.o. Box 981537
El Paso TX 79998-1537

Arizona Department of Transportation
PO Box 2100
Phoenix AZ 85001-2100

BMO Bank N.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4219

BMO Harris
111 W Monroe
Chicago IL 60603-4096

BMO Harris
Attn: Bankruptcy Dept
Po Box 2035
Milwaukee WI 53201-2035

Bank Of America
4909 Savarese Circle
Tampa FL 33634-2413

Bank Of America
Attn: Bankruptcy
100 North Tryon St
Charlotte NC 28255-0001

Bmo Bank Na
1 Corporate Dr
Lake Zurich IL 60047-8944

CHEXSYSTEMS
CONSUMER RELATIONS
7805 Hudson Rd Ste 100
Saint Paul MN 55125-1595

Certegy Check Services
PO Box 30046
Tampa FL 33630-3046

Chase Auto Finance
700 Kansas Lane
Monroe LA 71203-4774

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe LA 71203-4774

Chase Card Services
700 Kansas Lane
Monroe LA 71203-4774

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis MO 63179-0040

Citibank
Po Box 6217
Sioux Falls SD 57117-6217

EARLY WARNING SERVICES
16552 N 90th St Ste 100
Scottsdale AZ 85260-1619

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

EXPERIAN
PO BOX 4500
Allen TX 75013-1311

INTERNAL REVENUE SERVICES
P.O. BOX 7346
Philadelphia PA 19101-7346

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Macy's/ DSNB
Po Box 6789
Sioux Falls SD 57117-6789

Mr Cooper/United Wholesale Mortgage
350 Highland
Houston TX 77009-6623

| | | |
|---|---|---|
| Mr Cooper/United Wholesale Mortgage<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas TX 75261-9098 | Mr. Cooper<br>8950 Cypress Waters<br>Coppell TX 75019-4620 | Mr. Cooper<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas TX 75261-9098 |
| Mv Acceptanc<br>Pob 35664<br>Phoenix AZ 85069-5664 | Nationstar Mortgage LLC<br>c/o ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | OFFICE OF THE ATTORNEY GENERAL<br>2005 N Central Ave<br>Phoenix AZ 85004-1545 |
| Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth TX 76161-0244 | Santander Consumer USA, Inc<br>Po Box 961211<br>Fort Worth TX 76161-0211 | Select Portfolio Servicing, Inc<br>10401 Deerwood Park Blvd<br>Jacksonville FL 32256-0505 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City UT 84165-0250 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony/Ashley Furniture Homestore<br>Po Box 71757<br>Philadelphia PA 19176-1757 |
| TRANSUNION<br>PO BOX 505<br>Woodlyn PA 19094-0505 | Towd Point Mortgage Trust 2022-4<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road., Suite 450<br>Alpharetta, GA 30004-2001 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh NC 27607-5066 | Wells Fargo Dealer Services<br>Po Box 71092<br>Charlotte NC 28272-1092 | MARCUS JOHN LEWIS<br>5306 N 17TH AVE<br>PHOENIX, AZ 85015-3035 |
| RUSSELL BROWN<br>Chapter 13 Trustee<br>3838 N Central Ave<br>Ste 800<br>Phoenix, AZ 85012-1965 | WILLIAM ERIK MARKOV<br>HARTLEY MARKOV LAW<br>11225 N 28TH DR STE B-103<br>PHOENIX, AZ 85029-5609 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| EQUIFAX<br>PO BOX 740241<br>Atlanta GA 30374 | Macy's/ DSNB<br>Atytn: Bankruptcy<br>701 E. 60th Street North<br>Sioux Falls SD 57104 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC                    (u)CELL PHONE                              (u)LANDLORD

End of Label Matrix
Mailable recipients    49
Bypassed recipients     3
Total                  52