# Notice Recipients

District/Off: 0970–2     User: admin     Date Created: 4/21/2025
Case: 2:25–bk–01302–BKM     Form ID: van122     Total: 70

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Nationstar Mortgage LLC
17647586    CELL PHONE
17647599    LANDLORD
TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty     JOSEPHINE 1 SALMON       ecfazb@aldridgepite.com
aty     KRISTIN E MCDONALD       bknotice@mccarthyholthus.com
aty     LEONARD J. MCDONALD, JR.    ecf@tblaw.com
aty     MARK S. BOSCO       ecf@tblaw.com
TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          MARCUS JOHN LEWIS      5306 N 17TH AVE      PHOENIX, AZ 85015
tr          RUSSELL BROWN       Chapter 13 Trustee      3838 N Central Ave      Ste 800      Phoenix, AZ 85012–1965
cr          BMO Bank N.A.       C/O TIFFANY & BOSCO PA      SEVENTH FLOOR CAMELBACK ESPLANADE II       2525 EAST CAMELBACK ROAD      PHOENIX, AZ 85016
cr          Towd Point Mortgage Trust 2022–4      Robertson, Anschutz, Schneid, Crane & Pa       13010 Morris Road., Suite 450      Alpharetta, GA 30004
cr          HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass–Through Certificates, Series 2007–9      Aldridge Pite      Six Piedmont Road, N.E. Suite 700      Atlanta, GA 30305 UNITED STATES OF AMERICA
cr          Ally Bank      c/o McCarthy & Holthus LLP       2763 CAMINO DEL RIO S SUITE 100      SAN DIEGO, CA 92108–2607
smg         AZ DEPARTMENT OF REVENUE       BANKRUPTCY & LITIGATION       1600 W. MONROE, 7TH FL.      PHOENIX, AZ 85007–2650
17704495    ALLY FINANCIAL       9630 N 25TH AVE STE 214      PHOENIX AZ 85021
17704494    ALLY FINANCIAL       PO BOX 71119      CHARLOTTE NC 28272–1119
17676979    AMERICAN EXPRESS NATIONAL BANK       C/O BECKET AND LEE LLP       PO BOX 3001      MALVERN PA 19355–0701
17647579    ARIZONA DEPARTMENT OF REVENUE       1600 W MONROE STREET      Phoenix AZ 85007
17676331    ARIZONA DEPARTMENT OF REVENUE       c/o Tax, Bankruptcy and Collections       2005 N Central Ave, Suite 100      Phoenix, AZ 85004–1592
17647575    Ally Financial, Inc      Attn: Bankruptcy      Po Box 380901      Bloomington IL 55438
17647576    Ally Financial, Inc      P.o. Box 380901      Bloomington MN 55438
17647577    Amex      Correspondence/Bankruptcy      Po Box 981535      El Paso TX 79998
17647578    Amex      P.o. Box 981537      El Paso TX 79998
17647580    Arizona Department of Transportation      PO Box 2100      Phoenix AZ 85001
17650818    BMO Bank N.A.      SEVENTH FLOOR CAMELBACK ESPLANADE II      2525 EAST CAMELBACK ROAD      PHOENIX, ARIZONA 85016
17647585    BMO Harris      111 W Monroe      Chicago IL 60603
17647584    BMO Harris      Attn: Bankruptcy Dept      Po Box 2035      Milwaukee WI 53201
17647582    Bank Of America      4909 Savarese Circle      Tampa FL 33634
17647581    Bank Of America      Attn: Bankruptcy      100 North Tryon St      Charlotte NC 28255
17647583    Bmo Bank Na      1 Corporate Dr      Lake Zurich IL 60047
17647592    CHEXSYSTEMS      CONSUMER RELATIONS      7805 Hudson Rd Ste 100      Saint Paul MN 55125
17647587    Certegy Check Services      PO Box 30046      Tampa FL 33630
17647589    Chase Auto Finance      700 Kansas Lane      Monroe LA 71203
17647588    Chase Auto Finance      Attn: Bankruptcy      700 Kansas Lane La      Monroe LA 71203
17647591    Chase Card Services      700 Kansas Lane      Monroe LA 71203
17647590    Chase Card Services      Attn: Bankruptcy      Po Box 15298      Wilmington DE 19850
17647593    Citibank      Citicorp Cr Srvs/Centralized Bankruptcy      Po Box 790040      St Louis MO 63179
17647594    Citibank      Po Box 6217      Sioux Falls SD 57117
17647595    EARLY WARNING SERVICES      16552 N 90th St Ste 100      Scottsdale AZ 85260
17647596    EQUIFAX      PO BOX 740241      Atlanta GA 30374
17647597    EXPERIAN      PO BOX 4500      Allen TX 75013
17647598    INTERNAL REVENUE SERVICES      P.O. BOX 7346      Philadelphia PA 19101
17699427    JPMorgan Chase Bank, N.A.      National Bankruptcy Department      P.O. Box 29505 AZ1–5757      Phoenix, AZ 85038–9505
17647600    Macy's/ DSNB      Atytn: Bankruptcy      701 E. 60th Street North      Sioux Falls SD 57104
17647601    Macy's/ DSNB      Po Box 6789      Sioux Falls SD 57117
17701383    McCarthy & Holthus LLP      2763 Camino Del Rio S, Suite 100      San Diego, CA 92108–2607
17647605    Mr Cooper/United Wholesale Mortgage      350 Highland      Houston TX 77067
17647602    Mr Cooper/United Wholesale Mortgage      Attn: Bankruptcy      Po Box 619098      Dallas TX 75261
17647603    Mr Cooper/United Wholesale Mortgage      Attn: Bankruptcy      Po Box 619098      Dallas TX 75261

| ID | Name | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|
| 17647604 | Mr Cooper/United Wholesale Mortgage | Attn: Bankruptcy | Po Box 619098 | Dallas TX 75261 |
| 17647607 | Mr. Cooper | 8950 Cypress Waters | Coppell TX 75019 | |
| 17647606 | Mr. Cooper | Attn: Bankruptcy | Po Box 619098 | Dallas TX 75261 |
| 17647608 | Mv Acceptanc | Pob 35664 | Phoenix AZ 85069 | |
| 17660536 | Nationstar Mortgage LLC | c/o ALDRIDGE PITE, LLP | 3333 Camino del Rio South, Suite 225 | San Diego, CA 92108 |
| 17660540 | Nationstar Mortgage LLC | c/o ALDRIDGE PITE, LLP | 3333 Camino del Rio South, Suite 225 | San Diego, CA 92108 |
| 17660560 | Nationstar Mortgage LLC | c/o ALDRIDGE PITE, LLP | 3333 Camino del Rio South, Suite 225 | San Diego, CA 92108 |
| 17647609 | OFFICE OF THE ATTORNEY GENERAL | 2005 N Central Ave | Phoenix AZ 85004 | |
| 17711187 | Real Time Resolutions, Inc. | 1349 Empire Central Dr. Suite 1300 | Dallas, TX 75247 | |
| 17704496 | SRP | PO Box 52025 | Phoenix AZ 85072–2025 | |
| 17647610 | Santander Consumer USA, Inc | Attn: Bankruptcy | Po Box 961245 | Fort Worth TX 76161 |
| 17647611 | Santander Consumer USA, Inc | Po Box 961211 | Fort Worth TX 76161 | |
| 17647613 | Select Portfolio Servicing, Inc | 10401 Deerwood Park Blvd | Jacksonville FL 32256 | |
| 17647612 | Select Portfolio Servicing, Inc | Attn: Bankruptcy | Po Box 65250 | Salt Lake City UT 84165 |
| 17675834 | Southwest Gas Corporation | P.O. BOX 1498 | Victorville, CA 92393 | |
| 17647614 | Synchrony/Ashley Furniture Homestore | Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896 |
| 17647615 | Synchrony/Ashley Furniture Homestore | Po Box 71757 | Philadelphia PA 19176 | |
| 17647616 | TRANSUNION | PO BOX 505 | Woodlyn PA 19094 | |
| 17655061 | Towd Point Mortgage Trust 2022–4 | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road., Suite 450 | Alpharetta, GA 30004 |
| 17647617 | Wells Fargo Dealer Services | Attn: Bankruptcy | 1100 Corporate Center Drive | Raleigh NC 27607 |
| 17647618 | Wells Fargo Dealer Services | Po Box 71092 | Charlotte NC 28272 | |

TOTAL: 63